**UNITED STATES of America v. John MEMOLO, Appellant.**

No. 8994.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 17, 1945.

Decided Jan. 22, 1946.

Charles J. Margiotti, of Pittsburgh, Pa. (Margiotti & Casey, of Pittsburgh, Pa., and Stanley F. Coar, of Scranton, Pa., on the brief), for appellant.

Walter M. Campbell, Jr., of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, J. Louis Monarch, and Spurgeon Avakian, Sp. Assts. to Atty. Gen., and Frederick V. Follmer, U. S. Atty., of Scranton, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

We have examined with care the briefs, the appendix and the full transcript of the proceedings in the case at bar. We can perceive no substantial error therein. See Section 269 of the Judicial Code, 28 U.S. C.A. § 391. Accordingly the judgment of conviction is affirmed.